IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CIOLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | |
| v. | : | Case No.: 19-CR-00166 (DLF) |
| | : | |
| MALIQUE LEWIS, | : | |
| | : | |
| Defendant. | : | |

## MOTION TO WITHDRAW AS COUNSEL AND APPOINT NEW COUNSEL

The defendant, Malique Lewis, by and through undersigned counsel, hereby seeks to withdraw as counsel and to appoint new counsel and for reasons states as follows:

1. Elita Amato was appointed to represent Mr. Lewis in connection with the above matter. Teresa Whalen was later appointed as learned counsel because Mr. Lewis was charged with a death eligible count.

2. On July 6, 2021, Mr. Lewis advised counsel that he wished to appear before the Court to request that his attorneys withdraw as counsel. In addition, Mr. Lewis is incarcerated and indigent and therefore requests the appointment of new counsel under the Criminal Justice Act.

WHEREFORE, the Defendant respectfully requests that this Court set in a hearing to determine future legal representation for Mr. Lewis.

Respectfully Submitted,

_____/s/_____
Teresa Whalen, Bar No. 25245
Law Office of Teresa Whalen
801 Wayne Avenue, Suite 400
Silver Spring, Maryland 20910
(301) 728-2905

                                                                _____/s/_____
                                                Elita C. Amato, Esq.
                                                2111 Wilson Blvd., 8th Floor
                                                Arlington, VA 22201
                                                703-522-5900