## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES** : | |
| : | |
| *v.* : | |
| : | Criminal No. 19-CR-0166(DLF) |
| **MALIQUE LEWIS,** : | |
| : | |
| *Defendant.* : | |

### DEFENDANT'S MOTION FOR FORENSIC EVALUATION

Defendant Malique Lewis ("Lewis"), by and through undersigned counsel, hereby respectfully requests that this Honorable Court order that Mr. Lewis be subjected to a forensic mental health evaluation.

In support of this motion, Mr. Lewis states as follows:

1. The government has charged Mr. Lewis with two counts of kidnapping resulting in death; multiple counts of first degree murder while armed and related offenses.

2. Mr. Lewis has been in administrative segregation at the Central Detention Facility (DC Jail) for approximately six and a half months. The conditions under which he is held appear to be taking a toll on Mr. Lewis. During counsel's visits with Mr. Lewis, counsel has observed that Mr. Lewis appears not to understand the proceedings and evidence against him and not to be able to assist counsel in his defense.

3. Mr. Lewis moves for an Order directing the appropriate authorities to conduct a forensic mental health evaluation as soon as practicable.

**WHEREFORE**, for the foregoing reasons, Mr. Lewis respectfully requests that this Motion be **GRANTED**.

Dated: Washington, DC
September 1, 2023

Respectfully submitted,

**BALAREZO LAW**

By: /s/ A. Eduardo Balarezo
_____
A. Eduardo Balarezo
D.C. Bar # 462659
400 Seventh Street, NW
Suite 306
Washington, DC  20004
(202) 639-0999 (tel)
(202) 639-0899 (fax)
aeb@balarezolaw.com

*Counsel for Defendant Malique Lewis*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 1st day of September 2023, I caused a true and correct copy of the foregoing Defendant's Motion for Forensic Evaluation to be delivered to the Parties via ECF.

/s/ A. Eduardo Balarezo
_____
A. Eduardo Balarezo