UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES** | : |
| | : |
| *v.* | : |
| | : Criminal No. 19-0166(DLF) |
| **MALIQUE LEWIS,** | : |
| | : |
| *Defendant.* | : |

## DEFENDANT'S MOTION IN LIMINE TO PRECLUDE GOVERNMENT'S USE OF GRUESOME PHOTOGRAPHS

Defendant Malique Lewis ("Lewis"), by and through undersigned counsel, and pursuant to Fed. R. Crim. P. 401 and 403, moves *in limine* to preclude the government's use of gruesome photographs at trial. In support of this motion, Mr. Lewis states as follows:

### BACKGROUND

The government has charged Mr. Lewis with two counts of kidnapping resulting in death; multiple counts of first degree murder while armed and related offenses. Relevant to this motion, one homicide victim, Kerrice Lewis, was shot and then set on fire. It is anticipated that the government will seek to introduce at trial photographs from the recovery of Ms. Lewis' remains as well as photographs of the autopsy conducted on her remains. These photographs are gruesome in nature as they depict Ms. Lewis' charred body.

## ARGUMENT

### I. THE EVIDENCE SOUGHT TO BE ADMITTED BY THE GOVERNMENT IS NOT RELEVANT

"Relevant Evidence" means evidence having the tendency to make the existence of any fact that is of consequence to the determination of the action more probable or less probable that it would be without the evidence." Fed. R. Evid. 401.

In this case, it is believed that a cooperator will testify as to how Ms. Lewis was killed. The law enforcement officers that retrieved the remains will testify about the condition of her body. The medical examiner will testify as to the cause and manner of death. The photographs do not make it more or less probable that she was killed, how she was killed, nor inform the jury as to whom may have killed her. Thus, the photographs are not relevant.

### II. EVEN IF RELEVANT, THE EVIDENCE IS UNFAIRLY PREJUDICIAL

"Although relevant, evidence may be excluded if its probative value is substantially outweighed by the danger of unfair prejudice, confusion of the issues, or misleading the jury, or by considerations of undue delay, waste of time, or needless presentation of cumulative evidence." Fed. R. Evid. 403.

The photographs at issue depict Ms. Lewis' body in a burned, charred state. They are gruesome and horrific to look at and will serve no purpose other than to unfairly prejudice Mr. Lewis by inflaming the passions of the jury against him. Mr. Lewis respectfully requests that this Honorable Court preclude the introduction of the photographs or severely limit their use before the jury.

**WHEREFORE**, for the foregoing reasons and any others that may become apparent to the Court upon consideration of this Motion, Mr. Lewis respectfully requests that this Motion be **GRANTED**.

Dated: Washington, DC
September 1, 2023

Respectfully submitted,

**BALAREZO LAW**

By: /s/ A. Eduardo Balarezo
_____
A. Eduardo Balarezo
DC Bar # 462659
400 Seventh Street, NW
Suite 306
Washington, DC  20004
(202) 639-0999 (tel)
(202) 639-0899 (fax)

*Counsel for Defendant Malique Lewis*

3

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 1st day of September 2023, I caused a true and correct copy of the foregoing Defendant's Motion in Limine to Preclude Government's Use of Gruesome Photographs to be delivered to the Parties via ECF.

/s/ A. Eduardo Balarezo
_____
A. Eduardo Balarezo