UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES | : |
| | : |
| *v.* | : |
| | : Criminal No. 19-0166(DLF) |
| MALIQUE LEWIS, | : |
| | : |
| *Defendant.* | : |

## MOTION TO WITHDRAW AS COUNSEL

Attorney A. Eduardo Balarezo, counsel for Defendant Malique Lewis ("Lewis") hereby moves to withdraw as counsel and states as follows:

1. The government has charged Mr. Lewis with two counts of kidnapping resulting in death; multiple counts of first degree murder while armed and related offenses. Trial is scheduled to begin on October 3, 3023.

2. Counsel previously requested that a forensic evaluation of Mr. Lewis be conducted. The Court granted the request and an evaluation is pending.[1]

3. Attorney Balarezo has been zealously representing Mr. Lewis since his appointment to his case and diligently preparing for trial. During his representation, counsel has met with Mr. Lewis on many occasions to discuss various aspects of his case and to review discovery. At the last meeting on September 9, 2023, Mr. Lewis expressed to counsel his dissatisfaction with counsel's representation and desire for new counsel and refused to discuss the case further.

4. Based on the foregoing, it appears that the attorney-client relationship has broken down and that there exist irreconcilable differences. Furthermore, Mr. Lewis refuses to

---

[1] Counsel understands that the Court may want to hold this motion in abeyance pending the results of the evaluation.

cooperate with counsel in preparation for trial. As such, it is respectfully requested that new counsel be appointed for Mr. Lewis.

**WHEREFORE**, for the foregoing reasons, Attorney Balarezo respectfully requests that this Motion be **GRANTED**.

Dated: Washington, DC
September 9, 2023

Respectfully submitted,

**BALAREZO LAW**

By: /s/ A. Eduardo Balarezo
_____
A. Eduardo Balarezo
D.C. Bar # 462659
400 Seventh Street, NW
Suite 306
Washington, DC  20004
(202) 639-0999 (tel)
(202) 639-0899 (fax)

*Counsel for Defendant Malique Lewis*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 9th day of September 2023, I caused a true and correct copy of the foregoing Motion to Withdraw as Counsel to be delivered to the Parties via ECF and a hard copy to delivered to Mr. Lewis via United States Mail to the Central Detention Facility, 1901 D Street, SE, Washington, DC  20003.

/s/ A. Eduardo Balarezo
_____
A. Eduardo Balarezo