UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 19-cr-00166 (DLF) |
| | : | |
| MALIQUE LEWIS, | : | |
| | : | |
| Defendant. | : | |

### GOVERNMENT'S RESPONSE TO DEFENDANT LEWIS' MOTION FOR RECONSIDERATION [ECF 137]

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby files this Response to Defendant Lewis' Motion for Reconsideration regarding his housing location. (ECF No. 137).

The defendant is charged by way of superseding indictment (ECF No. 29) with two counts of Kidnapping Resulting in Death and Aiding and Abetting, in violation of 18 U.S.C. § 1201(a)(1) and § 2, Conspiracy to Commit Kidnapping, in violation of 18 U.S.C. § 1201(c), two counts of Kidnapping while Armed and Aiding and Abetting, in violation of 22 D.C. Code §§ 2001, 4502, two counts of First Degree Murder while Armed—Felony Murder (Aggravating Circumstances), and First Degree Murder While Armed (Premeditated) (Aggravating Circumstances), in violation of 22 D.C. Code §§ 2101, 4502, 2104.01(b)(1), and 1805, and several counts of firearms offenses associated with the kidnappings and murders. All these charges relate to the defendant's armed kidnapping of Armani Coles and Kerrice Lewis on December 28, 2017, that ultimately concluded later that day in the murder of both kidnapping victims.

On March 6, 2024, defendant Lewis filed a motion requesting that the Court direct the United States Marshal Service to transfer defendant Lewis from the Northen Neck Regional Jail to either the D.C. Department of Corrections facility or another facility closer to counsel's office.

By minute order dated March 6, 2024, the Court directed the government to file a response by March 20, 2024. On March 18, 2024, the government received an email from Deputy U.S. Marshal John Thomas, Jr., that indicated the defendant had been transferred to the custody of the D.C. Department of Corrections. *See* Exhibit 1, attached. Accordingly, the defendant's motion is moot.

## CONCLUSION

For the forgoing reasons, the United States respectfully requests that the Court deny the Defendant's Motion as moot.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481-052

By:   /s/ *Kimberley C. Nielsen*
Kimberley C. Nielsen
Assistant United States Attorney
N.Y. Bar No. 4034138
Assistant United States Attorneys
601 D Street, N.W., Room 3.208
Washington, D.C.  20530
(202) 252-7418
kimberley.nielsen@usdoj.gov