IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Case No. 19-cr-166 |
| MARCEL VINES AND MALIQUE LEWIS | : |
| Defendants. | : |

## VERDICT FORM

### Count One

1. How do you find Defendant **Marcel Vines** on the charge of Kidnapping Resulting in Death of Armani Nico Coles and Aiding and Abetting, in violation of 18 U.S.C. § 1201(a)(1) and § 2?

   _____ Not Guilty    \_\_\_\_✓\_\_\_\_\_ Guilty

2. How do you find Defendant **Malique Lewis** on the charge of Kidnapping Resulting in Death of Armani Nico Coles and Aiding and Abetting, in violation of 18 U.S.C. § 1201(a)(1) and § 2?

   _____ Not Guilty    \_\_\_\_✓\_\_\_\_\_ Guilty

### Count Two

3. How do you find Defendant **Marcel Vines** on the charge of Kidnapping Resulting in Death of Kerrice Lewis and Aiding and Abetting, in violation of 18 U.S.C. § 1201(a)(1) and § 2?

   _____ Not Guilty    \_\_\_\_✓\_\_\_\_\_ Guilty

4. How do you find Defendant **Malique Lewis** on the charge of Kidnapping Resulting in Death of Kerrice Lewis and Aiding and Abetting, in violation of 18 U.S.C. § 1201(a)(1) and § 2?

   _____ Not Guilty    \_\_\_\_✓\_\_\_\_\_ Guilty

### Count Three

5. How do you find Defendant **Marcel Vines** on the charge of Conspiracy to Commit Kidnapping, in violation of 18 U.S.C. § 1201(c)?

_____ Not Guilty   ___✓___ Guilty

6. How do you find Defendant **Malique Lewis** on the charge of Conspiracy to Commit Kidnapping, in violation of 18 U.S.C. § 1201(c)?

_____ Not Guilty   ___✓___ Guilty

### Count Four

7. How do you find Defendant **Marcel Vines** on the charge of Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year, in violation of 18 U.S.C. § 922(g)?

_____ Not Guilty   ___✓___ Guilty

### Count Five

8. How do you find Defendant **Malique Lewis** on the charge of Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year, in violation of 18 U.S.C. § 922(g)?

_____ Not Guilty   ___✓___ Guilty

### Count Six

9. How do you find Defendant **Marcel Vines** on the charge of Kidnapping While Armed of Armani Nico Coles and Aiding and Abetting, in violation of 22 D.C. Code §§ 2001, 4502, 1805?

_____ Not Guilty   ___✓___ Guilty

*If you find Marcel Vines Not Guilty of Count Six, then skip to Count Eight and do not consider Count Seven. If you find Marcel Vines Guilty of Count Six, go on to consider Count Seven.*

10. How do you find Defendant **Malique Lewis** on the charge of Kidnapping While Armed of Armani Nico Coles and Aiding and Abetting, in violation of 22 D.C. Code §§ 2001, 4502, 1805?

_____ Not Guilty   ___✓___ Guilty

*If you find Malique Lewis Not Guilty of Count Six, then skip to Count Eight and do not consider Count Seven. If you find Malique Lewis Guilty of Count Six, go on to consider Count Seven.*

### Count Seven

11. How do you find Defendant **Marcel Vines** on the charge of Possession of a Firearm During Crime of Violence or Dangerous Offense, in violation of 22 D.C. Code §4504(b)?

    _____ Not Guilty        \_\_\_✓_____ Guilty

12. How do you find Defendant **Malique Lewis** on the charge of Possession of a Firearm During Crime of Violence or Dangerous Offense, in violation of 22 D.C. Code § 4504(b)?

    _____ Not Guilty        \_\_\_✓_____ Guilty

### Count Eight

13. How do you find Defendant **Marcel Vines** on the charge of Kidnapping While Armed of Kerrice Lewis and Aiding and Abetting, in violation of 22 D.C. Code §§ 2001, 4502, 1805?

    _____ Not Guilty        \_\_\_✓_____ Guilty

*If you find Marcel Vines Not Guilty of Count Eight, then skip to Count Ten and do not consider Count Nine. If you find Marcel Vines Guilty of Count Eight, go on to consider Count Nine.*

14. How do you find Defendant **Malique Lewis** on the charge of Kidnapping While Armed and Aiding and Abetting, in violation of 22 D.C. Code §§ 2001, 4502, 1805?

    _____ Not Guilty        \_\_\_✓_____ Guilty

*If you find Malique Lewis Not Guilty of Count Eight, then skip to Count Ten and do not consider Count Nine. If you find Malique Lewis Guilty of Count Eight, go on to consider Count Nine.*

### Count Nine

15. How do you find Defendant **Marcel Vines** on the charge of Possession of a Firearm During Crime of Violence or Dangerous Offense, in violation of 22 D.C. Code § 4504(b)?

    _____ Not Guilty        \_\_\_✓_____ Guilty

16. How do you find Defendant **Malique Lewis** on the charge of Possession of a Firearm During Crime of Violence or Dangerous Offense, in violation of 22 D.C. Code § 4504(b)?

_____ Not Guilty      \_\_\_\_✓\_\_\_\_ Guilty

### Count Ten

17. How do you find Defendant **Marcel Vines** on the charge of First Degree Murder While Armed—Felony Murder of Armani Nico Coles (Aggravating Circumstances) and Aiding and Abetting, in violation of 22 D.C. Code §§ 2101, 4502, 2104.01(b)(1)?

_____ Not Guilty      \_\_\_\_✓\_\_\_\_ Guilty

*If you find Marcel Vines Not Guilty of Count Ten, then skip to Count Twelve; do not consider the Aggravating Circumstance in Question 17a and do not consider Count Eleven.*

*If you find Marcel Vines Guilty of Count Ten, then answer Question 17a.*

Aggravating Circumstance:

17a. Does the jury unanimously find that the murder was committed in the course of a kidnapping or abduction, or an attempt to kidnap or abduct?

_____ NO      \_\_\_✓\_\_\_ YES

18. How do you find Defendant **Malique Lewis** on the charge of First Degree Murder While Armed—Felony Murder of Armani Nico Coles (Aggravating Circumstances) and Aiding and Abetting, in violation of 22 D.C. Code §§ 2101, 4502, 2104.01(b)(1)?

_____ Not Guilty      \_\_\_\_✓\_\_\_\_ Guilty

*If you find Malique Lewis Not Guilty of Count Ten, then skip to Count Twelve; do not consider the Aggravating Circumstance in Question 18a and do not consider Count Eleven.*

*If you find Malique Lewis Guilty of Count Ten, then answer Question 18a.*

Aggravating Circumstance:

18a. Does the jury unanimously find that the murder was committed in the course of a kidnapping or abduction, or an attempt to kidnap or abduct.?

_____ NO      \_\_\_✓\_\_\_ YES

## Count Eleven

19. How do you find Defendant **Marcel Vines** on the charge of Possession of a Firearm During Crime of Violence or Dangerous Offense, in violation of 22 D.C. Code § 4504(b)?

    _____ Not Guilty         ____✓____ Guilty

20. How do you find Defendant **Malique Lewis** on the charge of Possession of a Firearm During Crime of Violence or Dangerous Offense, in violation of 22 D.C. Code § 4504(b)?

    _____ Not Guilty         ____✓____ Guilty

## Count Twelve

21. How do you find Defendant **Marcel Vines** on the charge of First Degree Murder While Armed—Felony Murder of Kerrice Lewis (Aggravating Circumstances) and Aiding and Abetting, in violation of 22 D.C. Code §§ 2102, 4502, 2104.01(b)(1), 1805?

    _____ Not Guilty         ____✓____ Guilty

*If you find Marcel Vines Not Guilty of Count Twelve, then skip to Count Fourteen; do not consider the Aggravating Circumstance in Question 21a and do not consider Count Thirteen.*

*If you find Marcel Vines Guilty of Count Twelve, then answer Question 21a.*

<u>Aggravating Circumstance:</u>

21a. Does the jury unanimously find that the murder was committed in the course of a kidnapping or abduction, or an attempt to kidnap or abduct?

   _____ NO     ____✓____ YES

22. How do you find Defendant **Malique Lewis** on the charge of First Degree Murder While Armed—Felony Murder of Kerrice Lewis (Aggravating Circumstances) and Aiding and Abetting, in violation of 22 D.C. Code §§ 2102, 4502, 2104.01(b)(1), 1805?

    _____ Not Guilty         ____✓____ Guilty

*If you find Malique Lewis Not Guilty of Count Twelve, then skip to Count Fourteen; do not consider the Aggravating Circumstance in Question 22a and do not consider Count Thirteen.*

5

*If you find Malique Lewis Guilty of Count Twelve, then answer Question 22a.*

Aggravating Circumstance:

22a. Does the jury unanimously find that the murder was committed in the course of a kidnapping or abduction, or an attempt to kidnap or abduct?

_____ NO        ___✓___ YES

### Count Thirteen

23. How do you find Defendant **Marcel Vines** on the charge Possession of a Firearm During Crime of Violence or Dangerous Offense, in violation of 22 D.C. Code § 4504(b)?

_____ Not Guilty        ___✓___ Guilty

24. How do you find Defendant **Malique Lewis** on the charge of Possession of a Firearm During Crime of Violence or Dangerous Offense, in violation of 22 D.C. Code § 4504(b)?

_____ Not Guilty        ___✓___ Guilty

### Count Fourteen

25. How do you find Defendant **Marcel Vines** on the charge of First Degree Murder While Armed (Premeditated) of Kerrice Lewis (Aggravating Circumstances) and Aiding and Abetting, in violation of 22 D.C. Code §§ 2101, 4502, 2104.01(b)(1), 1805?

_____ Not Guilty        ___✓___ Guilty

*If you find Marcel Vines Not Guilty of Count Fourteen do not consider the Aggravating Circumstance in Question 25a and do not consider Count Fifteen.*

*If you find Marcel Vines Guilty of Count Fourteen, then answer Question 25a.*

Aggravating Circumstance:

25a. Does the jury unanimously find that the murder was committed in the course of a kidnapping or abduction, or an attempt to kidnap or abduct?

_____ NO        ___✓___ YES

26. How do you find Defendant **Malique Lewis** on the charge of First Degree Murder While Armed (Premeditated) of Kerrice Lewis (Aggravating Circumstances) and Aiding and Abetting, in violation of 22 D.C. Code §§ 2101, 4502, 2104.01(b)(1), 1805?

_____ Not Guilty       _____✓_____ Guilty

*If you find Malique Lewis Not Guilty of Count Fourteen do not consider the Aggravating Circumstance in Question 26a and do not consider Count Fifteen.*

*If you find Malique Lewis Guilty of Count Fourteen, then answer Question 26a.*

<u>Aggravating Circumstance:</u>

26a. Does the jury unanimously find that the murder was committed in the course of a kidnapping or abduction, or an attempt to kidnap or abduct?

_____ NO       \_\_\_✓\_\_\_ YES

**Count Fifteen**

27. How do you find Defendant **Marcel Vines** on the charge of Possession of a Firearm During Crime of Violence or Dangerous Offense, in violation of 22 D.C. Code § 4504(b)?

_____ Not Guilty       _____✓_____ Guilty

28. How do you find Defendant **Malique Lewis** on the charge of Possession of a Firearm During Crime of Violence or Dangerous Offense, in violation of 22 D.C. Code § 4504(b)?

_____ Not Guilty       _____✓_____ Guilty

Dated: 8/19/2024