IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : No.: 19-cr-00166 (DLF) |
| v. | : |
| | : |
| MARCEL VINES, and | : |
| MALIQUE LEWIS, | : |
| *Defendants*. | : |

**UNOPPOSED MOTION TO EXTEND TIME TO FILE MOTION TO SEAL**

The United States of America, by and through its attorney the United States Attorney respectfully move this Court to extend the time from August 21, 2024 until August 28, 2024, to any motion to seal portions of the trial record.

Pursuant to the Court's August 19, 2024 minute order, the government was to file any motion to seal any portion of the record by August 21, 2024 on or before 2:00 p.m. As the Court is aware, in any motion to seal a portion of the record, the government must balance First Amendment interests with its concern about juror and witness security. The government continues to research this complicated issue. Moreover, additional consultation with supervisors and Department officials may become necessary. The government has consulted with counsel in this case, and they do not oppose this request.

WHEREFORE, the United States respectfully requests the Court grant this unopposed motion and permit the government to file any motion to seal a portion of the record on or before August 28, 2024.

Dated: August 21, 2024

                                      Respectfully submitted,

                                      MATTHEW M. GRAVES
                                      United States Attorney

                    By:   */s/ Kimberley C. Nielsen*
                                      Kimberley C. Nielsen (N.Y. Bar No. 4034138)
                                      George Eliopoulos (D.C. Bar No. 390601)
                                      Colleen D. Kukowski (D.C. Bar No. 1012458)
                                      Assistant United States Attorneys
                                      United States Attorney's Office
                                             for the District of Columbia
                                      601 D Street, NW
                                      Washington, D.C.  20530
                                      Telephone:    (202) 252-7418 (Nielsen)
                                                    (202) 252-6957 (Eliopoulos)
                                                    (202) 252-2546 (Kukowski)