IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Case No.: **1:19-cr-00166-DLF-2** |
| | : | |
| MALIQUE LEWIS, | : | |
| Defendant. | : | |

**RENEWED MOTION FOR
AUTHORIZATION OF PAYMENT OF INTERIM VOUCHERS**

Comes now the defendant, MALIQUE LEWIS, by and through counsel and renews his previous request for this Honorable Court to enter an order authorizing the payment of interim claims for compensation pursuant to the Criminal Justice Act.

1. Undersigned counsel represents the defendant pursuant to the Criminal Justice Act.

2. The length of the representation exceeds 6 months.

3. Since appointment counsel has not received compensation in this matter.

4. Continued representation without compensation represents a hardship. *See* § 3.06(a) of the Guidelines for the Administration of the Criminal Justice Act *U.S. v. Lawrence*, Case No. 06-CR-140-2lD, (D. Wyo. Dec. 6, 2006).

5. On July 1, 2024, Mr. Lewis filed his initial motion for interim compensation.

6. On July 22, 2024, this Honorable Court entered an order granting the request for interim compensation.

7. On May 7, 2025, nearly 9 months after the entry of the order granting the request undersigned counsel was notified for the first time by the Office of the Federal Public Defender's Office that the entered order was incorrect. As a consequence of the delay, $82,384.27 representing three interim request remain unsatisfied.

8. Counsel now submits the accompanying revised order consistent with instructions received from the Office of the Federal Public Defender's Office.

Wherefore, the defendant moves this Honorable Court to enter an order authorizing the payment of interim claims for compensation pursuant to the Criminal Justice Act.

Respectfully submitted,
MALIQUE LEWIS
By Counsel

_____/s/_____
Robert L. Jenkins, Jr.
U.S. District Court Bar No.:  CO0003
Bynum & Jenkins
1010 Cameron Street
Alexandria, Virginia  22314
(703) 309 0899 Telephone
(703) 549 7211 Fax
RJenkins@BynumAndJenkinsLaw.com
Counsel for Defendant MALIQUE LEWIS

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and accurate copy of the foregoing to be served on all counsel of record via ECF on May 30, 2025.

_____/s/_____
Robert L. Jenkins, Jr.
U.S. District Court Bar No.: CO0003
Bynum & Jenkins Law
1010 Cameron Street
Alexandria, Virginia 22314
(703) 309 0899 Telephone
(703) 549 7211 Fax
RJenkins@BynumAndJenkinsLaw.com
Counsel for Defendant MALIQUE LEWIS